1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WILLIAM R. PLETCHER  (212664)
   Special Assistant United States Attorney
5       1301 Clay Street, Suite 340S
        Oakland, CA 94612
6       Telephone: (510) 637-3680
        Fax: (510) 637-3724
7       E-Mail: Will.Pletcher@usdoj.gov

8  Attorneys for Plaintiff

9                           UNITED STATES DISTRICT COURT

10                         NORTHERN DISTRICT OF CALIFORNIA

11                                  OAKLAND DIVISION

12 UNITED STATES OF AMERICA,        )   No. CR10-00487 CW
                                    )
13              Plaintiff,          )
                                    )   ORDER EXCLUDING TIME PURSUANT
14      v.                          )   TO THE SPEEDY TRIAL ACT
                                    )
15 CARLOS ALBERTO AISPURO and       )
   LEONARDO ROGELIO AISPURO         )
16 CORRALES, a/k/a "Junior,"        )
                                    )
17              Defendants.         )
                                    )

18

19      The parties appeared for a status conference on June 29, 2010.  The matter was continued

20 to July 23, 2010 for further status.  Defense counsel is actively reviewing recently provided

21 discovery.  Based upon the representation of counsel and for good cause shown, the Court finds

22 that failing to exclude the time between June 29, 2010 and July 23, 2010 would unreasonably

23 deny the government and the defense the reasonable time necessary for effective preparation,

24 taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

25      The Court further finds that the ends of justice served by excluding the time between

26 June 29, 2010 and July 23, 2010 from computation under the Speedy Trial Act outweigh the best

27 //

28 //

ORDER RE: TIME EXCLUSION
CR-10-00487-CW

1  interests of the public and the defendant in a speedy trial.  Therefore, it is hereby ordered that the
2  time between June 29, 2010 and July 23, 2010 shall be excluded from computation under the
3  Speedy Trial Act.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

5  DATED: July 6, 2010

_____
HONORABLE DONNA M. RYU
United States Magistrate Judge