JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JOSHUA HILL (CABN 250842)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone:  (510) 637-3740
    Facsimile:  (510) 637-3724
    E-Mail:    Joshua.Hill2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10-0487-CW |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER TO CONTINUE STATUS |
| v. | ) | CONFERENCE AND EXCLUDE TIME |
| | ) | UNDER THE SPEEDY TRIAL ACT |
| CARLOS AISPURO, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| ————————————————— | ) | |

      IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its

attorney, Joshua Hill, and the defendants through their attorneys, that the status hearing presently

set for July 23, 2010, be continued to August 11, 2010 at 10:00 a.m.  A continuance is necessary,

because the parties continue to discuss the scope of additional discovery that will be produced in

this case.  Moreover, at the request of defense counsel, the government is conducting additional

investigation concerning the existence of discoverable evidence.  Defense counsel continues to

review the discovery already produced.  The parties agree that the delay is not attributable to lack

of diligent preparation on the part of the attorney for the government or defense counsel.  For

these reasons, the parties request that time under the Speedy Trial Act be excluded based on the

parties' need for reasonable time necessary for effective preparation, taking into account the

exercise of due diligence.  The parties agree that the waiver covers all time between July 23,
2010 and August 11, 2010.


IT IS SO STIPULATED:

Dated: July 20, 2010

                                              _____/S/_____
                                              JEROME MATTHEWS
                                              *Attorney for Carlos Aispuro*


Dated: July 20, 2010

                                              _____/S/_____
                                              MARK GOLDROSEN
                                              *Attorney for Leonardo Corrales*


Dated: July 20, 2010

                                              _____/S/_____
                                              JOSHUA HILL
                                              Assistant United States Attorney


                                **ORDER**

        GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the hearing in this

matter now scheduled for July 23, 2010 is hereby rescheduled for August 11, 2010 at 10:00 a.m.

Based upon the representation of counsel and for good cause shown, the Court also finds that

failing to exclude the time between July 23, 2010 and August 11, 2010 would unreasonably deny

the government and the defense the reasonable time necessary for effective preparation, taking

into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further

finds that the ends of justice served by excluding the time between July 23, 2010 and August 11,

2010 from computation under the Speedy Trial Act outweigh the best interests of the public and

the defendant in a speedy trial.  Therefore, it is hereby ordered that the time between July 23,

2010 and August 11, 2010 shall be excluded from computation under the Speedy Trial Act.  18

U.S.C. §§ 3161(h)(7)(A) and (B)(iv).


DATED: July _21_, 2010

                                              _____
                                              HONORABLE DONNA M. RYU
                                              United States Magistrate Judge