| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | JOSHUA HILL (CABN 250842)<br>Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340-S<br>Oakland, California 94612<br>Telephone: (510) 637-3740<br>Facsimile: (510) 637-3724<br>E-Mail: Joshua.Hill2@usdoj.gov |
| 7 | |
| 8 | |
| 9 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10-0487-CW |
| Plaintiff, | ) ) | ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) ) | |
| CARLOS AISPURO, and LEONARDO AISPURO CORRALES, | ) ) ) | |
| Defendants. | ) ) | |

The parties appeared for an initial appearance on August 11, 2010. The matter was continued to September 10, 2010 for further status. The government has produced discovery to defense counsel, including paper documents and audio recordings. Defense counsel will require time to review the discovery. In addition, defense counsel has requested additional discovery, which the government is preparing for production. Accordingly, based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between August 11, 2010 and September 10, 2010 would unreasonably deny the defense the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between August 11, 2010 and September 10, 2010 from

1  computation under the Speedy Trial Act outweigh the best interests of the public and the
2  defendant in a speedy trial.  Therefore, it is hereby ordered that the time between August 11,
3  2010 and September 10, 2010 shall be excluded from computation under the Speedy Trial Act.
4  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

6  DATED: August 21, 2010                    _____
                                              HONORABLE DONNA M. RYU
                                              United States Magistrate Judge