JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JOSHUA HILL (CABN 250842)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone:  (510) 637-3740
    Facsimile:  (510) 637-3724
    E-Mail:    Joshua.Hill2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-10-0487-CW |
|---|---|---|
| Plaintiff, | ) | [~~PROPOSED~~] ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) | |
| CARLOS AISPURO, and LEONARDO AISPURO CORRALES, | ) | |
| Defendants. | ) | |

    The parties appeared for an initial appearance on September 30, 2010.  The matter was continued to October 21, 2010 for further status or change of plea or trial setting.  The government has produced discovery to defense counsel, including paper documents and audio recordings.  Defense counsel continues to review the discovery and conduct additional investigation.  Accordingly, based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between September 30, 2010 and October 21, 2010 would unreasonably deny the defense the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between September 30, 2010 and October 21, 2010 from computation under the Speedy

1  Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore,
2  it is hereby ordered that the time between September 30, 2010 and October 21, 2010 shall be
3  excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A) and
4  (B)(iv).

6  DATED: October 8, 2010

   LAUREL BEELER
   United States Magistrate Judge

[PROPOSED] ORDER TO EXCLUDE TIME
No. CR-10-0487-CW                                 -2-