1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10-00487-CW |
| Plaintiff, ) | |
| ) | [PROPOSED] ORDER EXCLUDING |
| v. ) | TIME |
| ) | |
| CARLOS ALBERTO AISPURO, and ) | |
| LEONARDO ROGELIO AISPURO ) | |
| CORRALES, ) | |
| ) | |
| Defendant(s). ) | |

Defendants CARLOS ALBERTO AISPURO and LEONARDO ROGELIO AISPURO CORRALES, represented by counsel, and the United States, appeared before the Court on October 21, 2010, for a status hearing.

The matter was continued to November 16, 2010, at 10:45 am for a status hearing. Counsel for defendants requested that time be excluded under the Speedy Trial Act between October 21, 2010, and November 16, 2010, for investigation.

Based upon the representation of counsel and for good cause shown, the Court finds that the ends of justice served by excluding the time between October 21, 2010, and November 16,

ORDER EXCLUDING TIME
Case No. CR-10-00487-CW

1  2010, from computation under the Speedy Trial Act outweigh the best interests of the public and
2  the defendant in a speedy trial because failing to do so would unreasonably deny the defendants'
3  counsel the time necessary for effective preparation, taking into account the exercise of due
4  diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).
5       Therefore, IT IS HEREBY ORDERED that the periods of time between October 21,
6  2010, and November 16, 2010, shall be excluded from computation under the Speedy Trial Act.
7  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

10 DATED: October 27, 2010

   _____
   LAUREL BEELER
   United States Magistrate Judge

ORDER EXCLUDING TIME
Case No. CR-10-00487-CW            -2-